IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIE WEAVER,

        Plaintiff,                        No. CIV S-11-0262 GEB EFB P

     vs.

J. NGUYEN,

        Defendant.                 ORDER

_____/

       Willie Weaver, an inmate confined at Deuel Vocational Institute, filed this pro se civil rights action under 42 U.S.C. § 1983. Plaintiff has not paid the filing fee or filed an application to proceed in forma pauperis. This proceeding was referred to this court by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1).

       Review of court records reveals that on at least three occasions lawsuits filed by the plaintiff have been dismissed on the grounds that they were frivolous or malicious or failed to state a claim upon which relief may be granted. *See* Order filed April 20, 2007 in *Weaver v. California Correctional Institution Building A-4A-4, et al.*, No. 1:06-cv-1429 OWW-SMS P (E.D. Cal.), slip op. at 4 and cases cited therein at 1 n.1. Plaintiff is therefore precluded from proceeding in forma pauperis in this action unless plaintiff is "under imminent danger of serious physical injury." 28 U.S.C. § 1915(g). Plaintiff has not alleged any facts which suggest that he

1

is under imminent danger of serious physical injury.[1]  Thus, plaintiff must submit the appropriate filing fee in order to proceed with this action.

Accordingly, IT IS HEREBY ORDERED that plaintiff shall submit, within twenty-one days from the date of this order, the filing fee of three hundred fifty dollars ($350.00).  Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed.

Dated:  April 5, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff alleges that he was thrown out of a halfway house while on parole because his parole supervisor "refuse[d] to pay plaintiff's rent."  Dckt. No. 1 at 5.

2